# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| HENRY LEE BLOUNT, JR., | : | No. 67 EM 2023 |
| Petitioner | : | |
| v. | : | |
| THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY FIRST JUDICIAL DISTRICT OF PENNSYLVANIA FAMILY COURT DIVISION, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of January, 2024, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of *Quo Warranto* is DENIED.

    Justice McCaffery did not participate in the consideration or decision of this matter.